# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS, | 1:10-cv-01912-LJO-GSA-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS, OR CASE WILL BE DISMISSED |
| v. | |
| D. FISCHER, | ORDER FOR CLERK TO SEND PLAINTIFF COPY OF DECEMBER 8, 2011 ORDER (Doc. 18.) |
| Defendant. | |
| | THIRTY DAY DEADLINE TO FILE SECOND AMENDED COMPLAINT |

Michael Lynn Waters ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 8, 2010. (Doc. 1.) On January 26, 2012, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim, based on Plaintiff's failure to file a Second Amended Complaint in compliance with the court's order of December 8, 2011. (Doc. 19.)

On March 7, 2012, Plaintiff filed objections to the findings and recommendations, asserting that he already filed a Second Amended Complaint. (Doc. 20.) Plaintiff appears to misunderstand what he is required to file. Plaintiff refers back to a findings and recommendations entered by the court on October 5, 2011 which addressed Plaintiff's failure to file a **First Amended Complaint**. Plaintiff is correct that he already filed a **First Amended Complaint**. However, the court's order

1

of December 8, 2011 required Plaintiff to file a **Second Amended Complaint**. (Doc. 18.) The court has no record of a **Second Amended Complaint** filed in this action.  Plaintiff shall be granted thirty days in which to file a **Second Amended Complaint**, or this case will be dismissed without further notice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk is directed to send Plaintiff a copy of the court's order of December 8, 2011 (Doc. 18);
2. Within thirty days from the date of service of this order, Plaintiff shall file a Second Amended Complaint pursuant to the court's order of December 8, 2011; and
3. Plaintiff's failure to comply with this order shall result in the dismissal of this action for failure to state a claim, without further notice.

IT IS SO ORDERED.

**Dated:   March 9, 2012**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE