# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS, | 1:10-cv-01912-LJO-GSA-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO COMPLY WITH COURT'S ORDER OF MARCH 9, 2012 WITHIN THIRTY DAYS, OR CASE WILL BE DISMISSED |
| v. | |
| D. FISCHER, | ORDER FOR CLERK TO SEND PLAINTIFF COPY OF DOCKET SHEET |
| Defendant. | |
| | THIRTY-DAY DEADLINE TO FILE SECOND AMENDED COMPLAINT |

Michael Lynn Waters ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 8, 2010. (Doc. 1.) On March 9, 2012, the court entered an order requiring Plaintiff to file a Second Amended Complaint within thirty days, or this case would be dismissed. (Doc. 21.) On March 16, 2012, Plaintiff filed objections to the court's order, asserting that he already filed a Second Amended Complaint. (Doc. 22.)

Plaintiff declares under penalty of perjury that he delivered a Second Amended Complaint for this action to the mail room at the California State Prison-Sacramento for mailing, sometime between February 1, 2012 and March 2012, and he is willing to take a polygraph examination as proof. (Declaration of Michael Waters, Doc. 22 at 2.) The court does not dispute that Plaintiff

1 mailed the Second Amended Complaint; however, the court has no record that the Second Amended
2 Complaint was received at the court. (See Court Docket.) Therefore, before Plaintiff's action can
3 proceed, Plaintiff must submit the Second Amended Complaint again. Plaintiff may either submit
4 a new Second Amended Complaint or a copy of the Second Amended Complaint he previously sent
5 to the court. Plaintiff must comply with the court's order of March 12, 2012 within thirty days, or
6 this case will be dismissed without further notice.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall send Plaintiff a copy of the court's docket for this action;
2. Within thirty days from the date of service of this order, Plaintiff must comply with the court's order of March 12, 2012 by filing a Second Amended Complaint; and
3. Plaintiff's failure to comply with this order shall result in the dismissal of this action for failure to state a claim, without further notice.

IT IS SO ORDERED.

**Dated:** **March 23, 2012**         /s/ **Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE