IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>D. FISCHER,<br><br>    Defendant.<br>_____/ | 1:10-cv-01912-LJO-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JANUARY 26, 2012<br>(Doc. 19.) |

    Michael Lynn Waters ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 8, 2010. (Doc. 1.)

    On January 26, 2012, the Court issued findings and recommendations, recommending that this action be dismissed based on Plaintiff's failure to file a Second Amended Complaint in compliance with the Court's order of December 8, 2011. (Doc. 19.) On March 7, 2012, Plaintiff filed objections to the findings and recommendations. (Doc. 22.) On March 9, 2012, the Court issued an order requiring Plaintiff to file a Second Amended Complaint within thirty days, or this case would be dismissed. (Doc. 21.) On March 16, 2012, Plaintiff filed objections to the Court's order of March 9, 2012. (Doc. 22.) On March 23, 2012, the Court entered an order requiring Plaintiff to comply with the Court's order of March 9, 2012 within thirty days, or this case would be dismissed. (Doc. 23.) On April 9, 2012, Plaintiff filed the Second Amended Complaint. (Doc. 24.)

1

1 | Inasmuch as Plaintiff has now complied with the Court's orders of December 8, 2011 and March 9, 2012, the findings and recommendations shall be vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on January 26, 2012, are VACATED in their entirety; and

2. The Court shall screen Plaintiff's Second Amended Complaint in due time.


IT IS SO ORDERED.

**Dated:   April 10, 2012**              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE

2